# Employment Discrimination Charge

Case Number          AKR73(015357)06062025



## Ohio Civil Rights Commission

EXHIBIT

2

exhibitsticker.com

## Charging Party Information

| First Name* | Middle Name | Last Name* |
|---|---|---|
| STEVEN | JOSEPH | KEENAN |

Address*
631 TREESIDE DR

| Zip Code* | City* | State* | County* |
|---|---|---|---|
| 44313 | AKRON | OH | SUMMIT |

Telephone*
(330)697-1935

Email*
SKEENAN3@OUTLOOK.COM

Do you have a Legal Representative to add?*
○ Yes ◉ No

## Employer Information

Employer Name*
AKRON PUBLIC SCHOOLS

Employer Address*
10 N MAIN ST

| Zip Code* | City* | State* | County* |
|---|---|---|---|
| 44313 | AKRON | OH | SUMMIT |

Date of Hire
03/06/2017

Telephone*
(330)761-1661

| Total Number of Employees* | Position Held (or Being Sought) |
|---|---|
| >20 | DIRECTOR, FACILITIES |

## Most Recent Date of Discrimination | Must have occurred within TWO YEARS from the charge filing date

Date of Discrimination (Include other dates in your narrative below)*
06/06/2025

## I was discriminated against on the basis of:

☐ Race
☑ Retaliation
☐ National Origin
☐ Disability (DO NOT IDENTIFY)
☐ Religion
☐ Ancestry
☐ Sex
☐ Color
☐ Military Status
☐ Age (40 or over)

## Please briefly explain your selection(s) above if applicable (max 100 characters)
*
I AM BEING TARGETED FOR RETALIATION BY BOARD OF EDUCATION MEMBER GREGORY HARRISON FOR A PREVIOUS OCR